**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 4 WAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| MELISSA ANN SARVEY, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 5 WAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| MELISSA A. SARVEY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.